**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| IN THE INTEREST OF: M.W., A MINOR | :   No. 454 EAL 2018 |
| | : |
| | : |
| PETITION OF: M.W. | :   Petition for Allowance of Appeal from |
| | :   the Order of the Superior Court |

## ORDER

**PER CURIAM**

     **AND NOW**, this 20th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.